UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PHIL LIFSCHITZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DIVERSIFIED HEALTHCARE TRUST, JENNIFER F. FRANCIS, JOHN L. HARRINGTON, LISA HARRIS JONES, DANIEL F. LEPAGE, DAVID A. PIERCE, ADAM D. PORTNOY, and JEFFREY P. SOMERS,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cv-07136-ALC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Phil Lifschitz ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: September 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　By　*/s/ Shallom Engel*
　　　　　　　　　　　　　　　　　　　　　　　　　Shallom Engel
　　　　　　　　　　　　　　　　　　　　　　　　　**Engel Law PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　　1065 Broadway, Suite 103
　　　　　　　　　　　　　　　　　　　　　　　　　Woodmere, NY 11559
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (718) 880-8595
　　　　　　　　　　　　　　　　　　　　　　　　　Email: shallom@engellawpllc.com

　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*